**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FT. MYERS DIVISION**

WALTER CLARK,

   Plaintiff,

-vs-                                              CASE NO.:  2:19-CV-11-FTM-99MRM

MIDLAND CREDIT MANAGEMENT, INC.,

   Defendant.

_____/

**NOTICE OF SETTLEMENT**

      Plaintiff, Walter Clark, by and through the undersigned counsel, hereby notifies the Court that the parties have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to all counsel of record including:

Lauren M. Burnette, Esquire
Florida Bar No.: 0120079
LBurnette@MesserStrickler.com
John Michael Marees, II, Esquire
JMarees@MesserStrickler.com
Florida Bar No.: 069879
Messer Strickler, LTD.
12276 San Jose Blvd., Suite 720
Jacksonville, Florida 32223
Telephone: (904) 527-1172
Facsimile: (904) 683-7353

                */s/ Janelle Neal*
                 Janelle Neal, Esquire
                 Florida Bar No.: 774561
                 Morgan and Morgan, Tampa, P.A.
                 201 North Franklin Street, Suite 700
                 Tampa, Florida 33602
                 Telephone: (813) 223-5505
                 Facsimile: (813) 222-2490
                 Primary Email: JNeal@ForThePeople.com
                 Secondary Email: RKnowles@ForThePeople.com
                 *Attorney for Plaintiff*